IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SPIRE STL PIPELINE LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GERALD SCOTT TURMAN, et al.,**<br><br>**Defendants.** | Case No. 24-CV-00797-SPM |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is a Motion to Dismiss Counts I and III pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) filed by Plaintiff Spire STL Pipeline LLC. (Doc. 50). Spire filed its initial Complaint on March 18, 2024 seeking condemnation of temporary pipeline easements against six named Defendants and certain real property located in Jersey County, Illinois. (Doc. 1). Service of process was executed against all six Defendants, but none have entered an appearance in this case to date. Spire dismissed Counts I and VI against two of the Defendants pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(A) on June 13, 2024. (Docs. 41, 42). This Court entered an order confirming condemnation on June 28, 2024 (Doc. 44) via the rationale set forth by United States District Judge Colleen Lawless in *Spire STL Pipeline, LLC v. Betty Ann Jefferson Trust*, No. 24-cv-3069 (C.D. Ill, June 5, 2024) and granted Spire's motion for preliminary injunction with respect to Counts I–IV on July 1, 2024 (Doc. 45).

In a Status Report filed on December 5, 2025, Spire informed the Court that it had reached a settlement with Defendants Gerald Scott Turman (Count I) and Danny and Dorris Malone (Count III) in which the Defendants received full compensation from Spire. (Docs. 48, 50). Due to the settlement, Spire requests for Counts I and III to be dismissed and wishes to withdraw $10,548.00 of its deposited cash bond that is attributable to Counts I and III.[1] (*See* Doc. 50).

This Court has determined that good cause has been established and therefore, Plaintiff Spire STL Pipeline LLC's Motion to Dismiss Counts I and III pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) is **GRANTED**. Accordingly, Counts I and III of Spire's Complaint are **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to disburse $10,548.00 of the funds deposited with the Registry of the Court to Spire STL Pipeline LLC. Spire shall email an executed Form W-9 to the Court no later than December 17, 2025 at the following email address: SPMpd@ilsd.uscourts.gov.

**IT IS SO ORDERED.**

**DATED: December 11, 2025**

> *s/ Stephen P. McGlynn*
> **STEPHEN P. McGLYNN**
> **U.S. District Judge**

---

[1] Spire reports that $6,588.00 of the bond is attributable to Count I and $3,960.00 is attributable to Count III. (Doc. 50, p. 2).